**Order entered April 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01038-CV

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant

## V.

## JOSE MORALES, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06348**

### ORDER

Before the Court is appellant's April 12, 2021 second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **April 26, 2021**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE